# UNITED STATES COURT OF APPEALS
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | NO. 7:18CR960-22 |
| RUBY GUZMAN | * | |

**NOTICE OF PLEA AGREEMENT BETWEEN DEFENDANT AND GOVERNMENT**

Defendant Ruby Guzman and the United States have reached a plea agreement in this matter. Counsel will contact the Court for dates that are available for the defendant's rearraignment.

Respectfully submitted,

*/s/ David Cunningham*

_____
David Cunningham
Attorney for Defendant
Bar No. 05234400
Admissions No. 1352
2814 Hamilton Street
Houston, Texas 77004-1232
713/225-0325
713/395-1311 (fax)
Cunningham709@yahoo.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice was forwarded to AUSA Pat Profit and all counsel of record via the SDTX ECF system on 22 April 2019.

*/s/ David Cunningham*

David Cunningham